IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-92-127-CR




CARLOS CASTILLO,


 APPELLANT


vs.




THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT





NO. 106,040, HONORABLE JON N. WISSER, JUDGE



 




PER CURIAM


 This is an appeal from a conviction for aggravated sexual assault. Punishment was
assessed at confinement for 10 years.

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. Ann.
59(b) (Pamph. 1992).



[Before Chief Justice Carroll, Justices Aboussie and B. A. Smith]

Dismissed On Appellant's Motion

Filed: June 3, 1992

[Do Not Publish]








June 3, 1992






Mr. Ira L. Davis

812 San Antonio Street

Suite G20

Austin, Texas 78701


Honorable Ronald Earle

District Attorney

Travis County Courthouse

P. O. Box 1748

Austin, Texas 78767


 Re: No. 3-92-127-CR--Carlos Castillo v. The
State of Texas (t/c no. 106,040)


Counsel:


In accordance with Rule 91, Texas Rules of Appellate Procedure, enclosed is a copy of the
opinion and judgment handed down by this Court on this date in the above cause.


The Court's mandate has been issued this date to the clerk of the trial court under separate cover.


 Very truly yours,


 W. KENNETH LAW, CLERK



 By

 Barbara E. Chapman, Deputy

Enclosures


xc: State Prosecuting Attorney

 Clerk, Court of Criminal Appeals

 Honorable Jon N. Wisser, District Judge

 Ms. Amalia Rodriguez-Mendoza, District Clerk

MR. IRA L. DAVIS

812 SAN ANTONIO STREET

SUITE G20

AUSTIN TX 78701

HONORABLE RONALD EARLE

DISTRICT ATTORNEY

TRAVIS COUNTY COURTHOUSE

P. O. BOX 1748

AUSTIN TX 78767

 TRIAL COURT NO. 106,040



THE STATE OF TEXAS.


TO THE 299TH DISTRICT COURT of TRAVIS COUNTY - GREETINGS:


 Before our COURT OF APPEALS, on the 3rd of June A.D. 1992, the cause upon appeal to
revise or reverse your Judgment between




 CARLOS CASTILLO, Appellant,

No. 3-92-127-CR vs. 

 THE STATE OF TEXAS, Appellee,


was determined; and therein our said COURT OF APPEALS made its orders in these words:


THIS CAUSE came on to be heard on the written motion of the appellant to withdraw the appeal and the
same being considered, because it is the opinion of this Court that the same should be granted: it is
ORDERED, ADJUDGED and DECREED by the Court that appellant be allowed to withdraw notice of
appeal and that the appeal be dismissed; that the appellant pay all costs in this behalf expended; and that
this decision be certified below for observance.


 WHEREFORE, We command you to observe the order of said COURT OF APPEALS in this
behalf and in all things have it duly recognized, obeyed and executed.

 

 WITNESS the HONORABLE JIMMY CARROLL, Chief Justice
of our said COURT OF APPEALS for the Third District of Texas,
with the seal thereof annexed, at the City of Austin, this the 3rd day
of June A.D. 1992.


 W. KENNETH LAW, CLERK




 by:  , Deputy

    Barbara E. Chapman








June 3, 1992






Ms. Amalia Rodriguez-Mendoza

District Clerk

Travis County Courthouse

P. O. Box 1748

Austin, Texas 78767


 Re: No. 3-92-127-CR--Carlos Castillo v. State of
Texas (t/c no. 106,040)


Dear Ms. Rodriguez-Mendoza:


Enclosed, with reference to the above cause, is the mandate of this Court. Please acknowledge
your receipt of same by returning the enclosed card (No. 1) to this office, appropriately
completed.


Rule 87(b), Texas Rules of Appellate Procedure, sets out the procedures to be followed upon your
receipt of the mandate.


Upon execution of the mandate in accordance with the rule, either your office or the sheriff's
office should return the remaining card enclosed (No. 2), appropriately completed.


Your cooperation in this regard is appreciated.


 Very truly yours,


 W. KENNETH LAW, CLERK



 by

 Barbara E. Chapman, Deputy


Enclosures to Clerk


xc: Mr. Ira L. Davis

 Honorable Ronald Earle, District Attorney